**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7065**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY D. HARRELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CR-94-201-PJM, CA-95-3799-PJM)

———————

Submitted: October 7, 1997      Decided: October 23, 1997

———————

Before HALL, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony D. Harrell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony D. Harrell appeals the district court's order denying his 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)) motion. We affirm.

Harrell pleaded guilty to aiding and abetting the interference with commerce by robbery. We note that Harrell does not ask that his guilty plea be set aside. To the extent that he does attack the validity of his guilty plea, our review of the record reveals that Harrell cannot show that, but for counsel's alleged errors, he would have pleaded not guilty and gone to trial. See Hill v. Lockhart, 474 U.S. 52, 59 (1985). Harrell's main complaint is that there are inaccuracies in his presentence report. However, he never specifically identifies the alleged inaccuracies. His conclusory claim cannot serve as the basis for relief under § 2255.

We accordingly affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are fully presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED